IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

T. JAMES ANDERSON, JR.                                   PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:07cv146 TSL-JCS

UNITED STATES OF AMERICA, et al.                      DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge entered in this cause on June 13, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiff's failure to prosecute, and that plaintiff's motion for leave to proceed in forma pauperis is hereby denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 8th day of August, 2007.

                                         /s/Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE